UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

WANDA MUNOZ, individually and as next friend to
minor child C.B.,

                                        Plaintiffs,

                    -against-

CITY OF NEW YORK, a municipal entity, P.O. KATHY
HENRY, P.O. RAINARD WROTEN, LT. RYAN
PIERCE, P.O. ROAN LEWIS, P.O. JAMES FICO, P.O.
JONYA MCDOWELL, P.O. ANTONIO LOMEDICO,
P.O. KENNETH WOISIN, EMERGENCY MEDICAL
TECHNICIAN ERNESTO MEJIA, EMERGENCY
MEDICAL TECHNICIAN BRUNY ORTEGA-GARCIA,
JAMES P. O'NEILL, as Commissioner of the New York
City Police Department, DANIEL A. NIGRO, as
Commissioner of the New York City Fire Department, sued
herein in their official and individual capacities,

                                        Defendants.

-------------------------------------------------------------------------- x

**DECLARATION OF ELISSA P. FUDIM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

17 Civ. 9583 (LAK) (DF)

        Elissa Fudim, an attorney duly admitted to practice in the United States District Court for the Southern District of New York, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

        1.        I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants City, Henry, Wroten, Pierce, Lewis, Fico, Mcdowell, Lomedico, Woisin, Mejia, Ortega-Garcia, O'Neill, and Nigro. As such, I am familiar with the facts and circumstances stated below. I submit this declaration in support of defendants' Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, defendants submit the following exhibits:

2.    Annexed hereto as Exhibit "A" is a copy of plaintiff's Second Amended Complaint, filed in the United States District Court for the Southern, District of New York on May 31, 2018.

3.    Annexed hereto as Exhibit "B" are copies of the New York City Police Department documents, including an Arrest Report, OLPA, Desk Appearance Ticket, Aided Card and Unusual Occurrence Report generated as a part of the May 30, 2017 incident.

4.    Annexed hereto as "Exhibit C" is a copy of the 911 Sprint Report generated as a part of the May 30, 2017 incident.

5.    Annexed hereto as "Exhibit D" are copies of the Fire Department of New York documents, including a call report and a Prehospital Care Report Summary.

6.    Annexed hereto as "Exhibit E" are excerpts from the transcript of the Gen. Mun. Law § 50-H testimony of plaintiff Munoz conducted on October 11, 2017.

7.    Annexed hereto as "Exhibit F" are excerpts from the transcript of the deposition of plaintiff Munoz conducted on August 14, 2018.

8.    Annexed hereto as "Exhibit G" are excerpts from the transcript of the deposition of defendant Henry conducted on July 5, 2018.

9.    Annexed hereto as "Exhibit H" are excerpts from the transcript of the deposition of defendant Wroten conducted on September 27, 2018.

10.    Annexed hereto as "Exhibit I" are excerpts from the transcript of the deposition of defendant Lewis conducted on September 27, 2018.

11.    Annexed hereto as "Exhibit J" are excerpts from the transcript of the deposition of defendant Pierce conducted on August 16, 2018.

12. Annexed hereto as "Exhibit K" are excerpts from the transcript of the deposition of defendant McDowell conducted on September 27, 2018.

13. Annexed hereto as "Exhibit L" are excerpts from the transcript of the deposition of defendant Mejia conducted on September 21, 2018.

14. Annexed hereto as "Exhibit M" are excerpts from the transcript of the deposition of defendant Ortega-Garcia conducted on August 10, 2018.

15. Annexed hereto as "Exhibit N" are excerpts from the transcript of the deposition of nonparty witness Ortega conducted on October 2, 2018.

16. Annexed hereto as "Exhibit O" are pertinent photographs and reports from the Lifespire program's file.

17. Annexed hereto as "Exhibit P" are excerpts from the deposition transcript of Woisin conducted on October 5, 2018.

18. Annexed hereto as "Exhibit Q" are excerpts from the deposition transcript of Fico conducted October 3, 2018.

19. Annexed hereto as "Exhibit R" are excerpts from the deposition transcript of Officer Lomedico conducted on March 29, 2019.

20. Annexed hereto as "Exhibit S" are excerpts from the deposition transcript of Jose Munoz conducted on January 19, 2019.

21.    Annexed hereto as "Exhibit T" is a copy of a portion of the Criminal Court

records.

Dated:    New York, New York
          October 15, 2020

JAMES E. JOHNSON
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street, Room 3-169
New York, New York 10007
(212) 356-2335

By:    *Elissa Fudim*
       Elissa Fudim
       *Senior Counsel*
       Special Federal Litigation Division