**POLICE DEPARTMENT
CITY OF NEW YORK**

Tuesday May 30th, 2017

From:   49th Precinct 3rd Platoon Commander

To:   Chief of Patrol

Subject:   **OFF DUTY NEW YORK STATE PAROLE OFFCIER ARRESTED IN THE CONFINES OF THE FORTYNINTH PRECINCT.**

1.   On Tuesday May 30th, 2017, at approximately 1825 hours, Police Officer Kathy Henry, Tax #960654, and Police Officer Rainard Wroten, Tax #957295, assigned as 49th Pct. Sector "A/D," did respond to a radio code 10-54 Emotionally Disturbed Person at 1315 Loomis Street, where an off duty Parole Officer, employed by NYS Corrections, interfered with their duty and was subsequently arrested. Details are as follows.

2.   The aforementioned responding members of the service arrived at 1315 Loomis Avenue, where they discovered a developmentally disabled emotionally disturbed person (Mr. Cesil Benjamin M/H/16). According to staff members at the location, Mr. Benjamin was at a day program, which he attends daily, and he became violent in that he was throwing property around and screaming. The responding members observed Mr. Benjamin to be visibly agitated and determined it was necessary to place Mr. Benjamin in handcuffs before any serious injuries occurred. After placing him in handcuffs, Mr. Benjamin was sat down in a chair as the responding members awaited the arrival of EMS Personnel, and the patrol supervisor.

3.   The undersigned arrived, assessed the scene, and interviewed staff members at the location. The staff indicated that Mr. Benjamin has bitten two staff members in the past causing injuries that required hospital treatment. Since there was still a potential for violence, the undersigned directed that handcuffs continue to be used to restrain the emotionally disturbed person pending the arrival of EMS. Shortly thereafter Emergency Medical Technician Ernesto Mejia, Shield #1496 arrived, interviewed the staff at the location and made a determination that Mr. Benjamin should be removed to the hospital for psychiatric evaluation. At this point Mr. Benjamin's mother, NYS Parole Officer Wanda Munoz, Shield #2158, arrived at the scene and requested that the handcuffs be removed from her son. The undersigned responded that it was Department Policy to restrain Emotionally Disturbed Persons, where a potential for violence exists, pending their transport to the hospital for treatment. Parole Officer Munoz, then informed the undersigned that since Mr. Benjamin was a minor she would not be allowing him to

DEF0576

go to the hospital. The undersigned and EMT Mejia then explained to her that based upon the reports from the staff and Mr. Benjamin's potential to harm himself or others, he would be removed to the hospital, and her consent was not required. Parole Officer Munoz was clearly not satisfied with this response, but made no attempt, at that time, to circumvent the duties being performed by responding members and EMT's at the scene. Once Mr. Benjamin was being escorted into the ambulance, Parole Officer Munoz grabbed his arm and prevented the responding members and EMT's from placing him in the ambulance. Police Officer Henry then informed her that if she didn't stop she would be arrested for PL 195.05 Obstructing Governmental Administration. Parole Officer Munoz, continued to physically prevent the responding members and EMT's from placing the aided person in the ambulance and was subsequently placed under arrest.

4.        The following Department forms were prepared:

Arrest Report              B17628056
Complaint Report           2017-049-3493
Aided                      2017-049-717

5.        The following UMOS were present:

| | |
|---|---|
| Captain Ordonez | 49th Precinct, X.O. |
| Lieutenant Pierce | 49th Precinct, 3rd Plt. Commander |
| Police Officer Henry | 49th Precinct Sector "A/D" |
| Police Officer Wrolen | 49th Precinct Sector "A/D" |
| Police Officer Reyes | 49th Pct. "HOW" |
| Police Officer Fico | 49th Pct. "HOW" |
| EMT Mejia | FDNY EMS |

6.        The following UMOS were notified:

| | |
|---|---|
| Captain Alps | 49th Pct. C.O. |
| Police Officer Tunnock | PBBX Log #2066 |
| Police Officer Monier | Operations Log #2017-103 |
| Police Officer Ruane | INRU |
| Police Officer Wong | IAB Log #2017-20375 |

7.        For your **INFORMATION**.

Ryan Pierce
Lieutenant

DEF0577