UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

WANDA MUNOZ, individually and as next friend to
minor child C.B.,

                            Plaintiffs,

              -against-

CITY OF NEW YORK, a municipal entity, P.O. KATHY
HENRY, P.O. RAINARD WROTEN, LT. RYAN
PIERCE, P.O. ROAN LEWIS, P.O. JAMES FICO, P.O.
JONYA MCDOWELL, P.O. ANTONIO LOMEDICO,
P.O. KENNETH WOISIN, EMERGENCY MEDICAL
TECHNICIAN ERNESTO MEJIA, EMERGENCY
MEDICAL TECHNICIAN BRUNY ORTEGA-GARCIA,
JAMES P. O'NEILL, as Commissioner of the New York
City Police Department, DANIEL A. NIGRO, as
Commissioner of the New York City Fire Department, sued
herein in their official and individual capacities,

                           Defendants.

------------------------------------------------------------------------ x

**REPLY DECLARATION OF
ELISSA P. FUDIM IN
FURTHER SUPPORT OF
DEFENDANTS' MOTION
FOR SUMMARY
JUDGMENT**

17 Civ. 9583 (LAK) (DF)

       Elissa Fudim, an attorney duly admitted to practice in the United States District

Court for the Southern District of New York, declares, under penalty of perjury and pursuant to

28 U.S.C. § 1746, that the following is true and correct:

       1.     I submit this declaration in further support of defendants' Motion for

Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

       2.     In connection with defendants' moving papers, defendants filed Exhibits

A-T, many of which were excerpts from deposition transcripts. In responding to plaintiffs' 56.1

Statement, there were instances where defendants cited to pages that were not part of the

excerpted exhibit. Rather than file just those additional pages now, for Court's ease of reference,

defendants are filing certain exhibits (Exhibits G, H, J, K, L, Q, and R) so that the additional pages are now present all in one place. Defendants are also filing three additional exhibits referred to in response to plaintiff's 56.1 Statement (Exhibits U-W).

3.    Attached hereto as Exhibit G is a copy of excerpted pages of the deposition transcript of Officer Henry.

4.    Attached hereto as Exhibit H is an excerpt of the deposition of Officer Wroten.

5.    Attached hereto as Exhibit J is an excerpt of the deposition of Officer Lewis.

6.    Attached hereto as Exhibit K is an excerpt of the deposition of Officer McDowell.

7.    Attached hereto as Exhibit L is an excerpt of the deposition of EMT Meija.

8.    Attached hereto as Exhibit M is an excerpt of the deposition of EMT Ortega-Garcia.

9.    Attached hereto as Exhibit Q is an excerpt of the deposition of Officer Fico.

10.   Attached hereto as Exhibit R is an excerpt of the deposition of Officer Lomedico.

11.   Attached hereto as Exhibit U is an excerpt of the 30(b)(6) deposition of Karl Arsianna.

12.   Attached hereto as Exhibit V is an excerpt of the 30(b)(6) deposition of Eric McNeice.

13.    Attached hereto as Exhibit W is a copy of a portion of the FDNY OGP

Operations Order 106.

Dated:  January 22, 2021

*Elissa Fudim*

Elissa Fudim

Dated:        New York, New York

              October 15, 2020

                                    JAMES E. JOHNSON
                                    Corporation Counsel of the
                                    City of New York
                                    *Attorney for Defendants*
                                    100 Church Street, Room 3-169
                                    New York, New York 10007
                                    (212) 356-2335

                            By:     *Elissa Fudim*
                                    Elissa Fudim
                                    *Senior Counsel*
                                    Special Federal Litigation Division