UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WANDA MUNOZ, ET AL.,

                Plaintiff,

-against-                                            17-cv-9583 (LAK)

THE CITY OF NEW YORK, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        In view of the circumstances created by the pandemic, the Court is not able at this time to set a specific trial date. It will, however, request a trial date during the period April 1, 2022 through June 30, 2022. The parties will be advised promptly whether and when the case is scheduled for trial.

        SO ORDERED.

Dated:        February 2, 2022

                                                          /s/
                                        _____
                                                   Lewis A. Kaplan
                                            United States District Judge