UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WANDA MUNOZ, individually and as next friend
to minor child C.B.,

                         Plaintiff,

       -against-                                      17-cv-9583 (LAK)

THE CITY OF NEW YORK, et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff and defendants yesterday filed motions *in limine*. The trial is set for May 5, 2022. Accordingly, answering papers on both motions shall be filed by 4 pm on May 2. Unless otherwise ordered, the motions will be decided on submission.

        SO ORDERED.

Dated:       April 27, 2022

                                                          Lewis A. Kaplan
                                                United States District Judge