UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
WANDA MUNOZ, individually and as next friend
to minor child C.B.,

                          Plaintiff,

                  -against-                                17-cv-9583 (LAK)

THE CITY OF NEW YORK, et al.,

                          Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        The oral motions at the close of plaintiff's case in chief of defendants Henry and Pierce for judgment as a matter of law are granted for reasons stated on the record in open court.

        As all claims against all other defendants previously were dismissed, the Clerk shall enter final judgment and close the case.

        SO ORDERED.

Dated:     May 10, 2022

                                                  Lewis A. Kaplan
                                          United States District Judge