**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WANDA MUNOZ, individually and as next friend
to minor child C.B.,

                Plaintiff,

-against-                              17 **CIVIL** 9583 (LAK)

                                                      **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 10, 2022, the oral motions at the close of plaintiff's case in chief of defendants Henry and Pierce for judgment as a matter of law are granted for reasons stated on the record in open court. As all claims against all other defendants previously were dismissed; accordingly, the case is closed.

**Dated:** New York, New York

      May 10, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                           **BY:**    *K. Mango*

                                                      **Deputy Clerk**